UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RICARDO ROMEO, on behalf of himself,
FLSA Collective Plaintiffs, and the class,

                Plaintiff(s)

-against-

POMIDORO INC.
d/b/a JOE & JOHN'S PIZZARIA,
SALVATORE PINTO, and JAMES LIZZUL

                Defendant(s)

Civil Action No.: 21-cv-2074 ENV-PK

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff RICARDO ROMEO hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated September 8, 2021 and annexed hereto as **Exhibit A**.

Dated: September 9, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*