UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO ROMEO, on behalf of himself,
FLSA Collective Plaintiffs, and the class,

                                                           JUDGMENT

                         Plaintiff,                        21-cv-2074 ENV-MMH
  v.

POMIDORO INC.
d/b/a JOE & JOHN'S PIZZARIA,
SALVATORE PINTO, and JAMES LIZZUL,

                        Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 9, 2021; and Defendants Pomidoro Inc. d/b/a Joe & John's Pizzeria, Salvatore Pinto, and James Lizzul, having offered to allow judgment in this action to be taken against them, jointly and severally and in favor of Plaintiff Ricardo Romeo, in the sum of Fifty Five Thousand Dollars Dollars and No Cents ($55,000.00), with respect to Plaintiff's claims as described in the Complaint; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Ricardo Romeo and against Defendants Pomidoro Inc. d/b/a Joe & John's Pizzeria, Salvatore Pinto, and James Lizzul, jointly and severally, in the sum of Fifty Five Thousand Dollars Dollars and No Cents ($55,000.00), with respect to Plaintiff's claims as described in the Complaint.

Dated: Brooklyn, New York                                        Douglas C. Palmer
       September 14, 2021                                        Clerk of Court

                                                       By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk